**Dismiss and Opinion Filed June 12, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00825-CV**

**CARL BENSON, Appellant**
**V.**
**JP MORGAN CHASE BANK, N.A, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-11135-F**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellee JP Morgan Chase Bank, N.A.'s motion to dismiss the appeal for want of prosecution. Chase Bank asserts the appeal should be dismissed because appellant Carl Benson has failed to file an amended brief despite numerous extensions. Our records reflect that we have granted Benson three extensions over the last six months, and we last ordered him to file his brief no later than May 8, 2013. In that order, we cautioned Benson that failure to comply might result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, Benson has neither filed his amended brief nor otherwise communicated with the Court regarding the appeal. Accordingly, we grant Chase Bank's motion, and dismiss the appeal. *See id.* 42.3(b).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

120825F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARL BENSON, Appellant

No. 05-12-00825-CV          V.

JP MORGAN CHASE BANK, N.A.,
Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-10-11135-F.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee JP Morgan Chase Bank, N.A. recover its costs, if any, of this appeal from appellant Carl Benson.

Judgment entered June 12, 2013.

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE